FILED by **TM** D.C.

Jun 14, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**13-80125-CR-HURLEY/HOPKINS**

CASE NO. _____

21 U.S.C. § 843(b)

UNITED STATES OF AMERICA

vs.

GARY BLUMBERG, D.O.

       Defendant.

_____ /

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about March 16, 2010, through in or September 2, 2010, in Palm Beach and Broward Counties, in the Southern District of Florida, the defendant,

**GARY BLUMBERG, D.O.**,

did knowingly and intentionally use and cause to be used a communications facility, that is, a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code Section 841(a)(1), that is, distribution and possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 843(b).

WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| GARY BLUMBERG, D.O., | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant._____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

____ Miami   ____ Key West
____ FTL   _X_ WPB   ____ FTP

New Defendant(s)     Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect

4. This case will take  _3-4_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   | | | |
   |---|---|---|
   | I | 0 to 5 days | _x_ |
   | II | 6 to 10 days | ____ |
   | III | 11 to 20 days | ____ |
   | IV | 21 to 60 days | ____ |
   | V | 61 days and over | ____ |

   (Check only one)
   | | |
   |---|---|
   | Petty | ____ |
   | Minor | ____ |
   | Misdem. | ____ |
   | Felony | _x_ |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _x_ No

_____
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0095044

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: <u>GARY BLUMBERG, D.O.</u>

**Case No**: _____

Count #: 1

<u>Use of a Communications Facility to Distribute and Possess with Intent to Distribute a Controlled Substance (Oxycodone)</u>

<u>21 U.S.C. § 843(b)</u>

**\* Max.Penalty**:   <u>4 Years' Imprisonment; $250,000 Fine; 3 Years' Supervised Release</u>

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: GARY BLUMBERG, D.O. _____

$50,000 Personal Surety Bond
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: LOTHROP MORRIS

Last Known Address: _____

What Facility: _____

Agent(s): TFO Larry Anders
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
DEA

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| GARY BLUMBERG, D.O., | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Robert Nicholson**
*Printed name of defendant's attorney*

_____
*Judge's signature*

**James M. Hopkins, U.S. Magistrate Judge**
*Judge's printed name and title*